USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-21-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PRESTWICK CAPITAL MANAGEMENT LTD., :
PRESTWICK CAPITAL MANAGEMENT 2 LTD., and :
PRESTWICK CAPITAL MANAGEMENT 3 LTD., :
 :
                              Plaintiffs, :    09 Civ. 5979
 :    (DLC)
         -v- :
 :    ORDER
PEREGRIN FINANCIAL GROUP, INC., ACUVEST :
INC., ACUVEST BROKERS, LLC, JOHN LOUIS :
CAIAZZO, PHILIP FRANCIS GREY, and RENEE :
GATTULLO-WILSON, :
 :
                              Defendants. :
----------------------------------------X

DENISE COTE, District Judge:

    Pursuant to the Opinion of October 21, 2009, it is hereby

    ORDERED that the claims against all defendants except Acuvest Brokers, LLC and Renee Gattullo-Wilson are severed and transferred to the Northern District of Illinois.

    IT IS FURTHER ORDERED that the plaintiffs may file an amended complaint against Acuvest Brokers and Wilson by October 30, 2009. In the event no amended complaint is filed by that day, the Court will address the pending motion to dismiss. No further amendment will be permitted after a decision is rendered on a motion to dismiss.

    SO ORDERED:

Dated:    New York, New York
          October 21, 2009

                                      DENISE COTE
                                      United States District Judge