**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Prestwick Capital Management Ltd., et al.

                                        Plaintiff,

v.                                                                           Case No.: 1:10−cv−00023
                                                                          Honorable Elaine E. Bucklo

Peregrine Financial Group, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 30, 2011:

      MINUTE entry before Honorable Elaine E. Bucklo:Plaintiff's motion to dismiss [185] is granted. Accordingly, defendants Acuvest, Caiazzo and Grey are dismissed with prejudice and without costs to either party.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.