# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

July 19, 2013

Before:

DANIEL A. MANION, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

SARAH EVANS BARKER, *District Court Judge*\*

| No.: 12-1232 | PRESTWICK CAPITAL MANAGEMENT LTD. et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>PEREGRINE FINANCIAL GROUP, INCORPORATED,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-00023<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

\* The Honorable Sarah Evans Barker, United States District Court for the Southern District of Indiana, sitting by designation.

form name: **c7_FinalJudgment**(form ID: **132**)